MAE SMITH, Appellant, v. NIAGARA MOHAWK POWER CORPORATION, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.